IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JUAN DONNELLE BOYD | ) |
| | ) |
| Wells Fargo Bank, N.A., | ) |
|       Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 09B10764 |
| | ) JUDGE A. Benjamin Goldgar |
| JUAN DONNELLE BOYD, | ) |
|       Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the November 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of November 29, 2010:

```
        a. Attorney's Fees              $250.00
        b. Payments (3 @ $1,045.49)   $3,136.47
        Total                         $3,386.47
```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

                                            Respectfully Submitted,
                                            Wells Fargo Bank, N.A.

                                            /s/Dana O'Brien
                                            Dana O'Brien ARDC#6256415

                                            Pierce and Associates, P.C.
                                            1 North Dearborn
                                            Suite 1300
                                            Chicago, Illinois 60602
                                            (312)346-9088